UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Christopher Tunstall,
    Plaintiff(s),

v.

United States of America, et al.,
    Defendant(s).

Case No. 1:14cv519
(Consent Case ; Litkovitz, M.J.)

**ORDER**

    Pursuant to notification by counsel that this matter has been settled between the parties:

    It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

    The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date  4/28/16
awh    April 28, 2016

KAREN L. LITKOVITZ
United States Magistrate Judge